

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PARADIES-EL PASO, LLC. D/B/A THE PARADIES SHOP, | § | No. 08-25-00100-CV |
| | § | Appeal from the |
| Appellant, | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| EBONY DAVIS, | § | (TC# 2024DCV3981) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to voluntarily dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order that Appellant pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED this 16th day of June 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)